UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM JENNINGS, : | |
|    *Plaintiff*, : | |
| : | |
|    v. : | No. 3:13-cv-01664 (JAM) |
| : | |
| TOWN OF STRATFORD, : | |
|    *Defendant*. : | |

## JUDGMENT

This case came on for trial before a jury and the Honorable Jeffrey A. Meyer, United States District Judge. On September 14, 2016, the jury returned a verdict for plaintiff, William Jennings, against defendant, Town of Stratford, awarding compensatory damages in the amount of $1,000,000.00, and punitive damages in the amount of $1,500,000.00. On September 15, 2016 the Court denied defendant's motion for judgment as a matter of law (Doc. #51) without prejudice; it is therefore

ORDERED, ADJUDGED, and DECREED that judgment is entered for plaintiff, William Jennings, and against defendant, Town of Stratford, in the amount of $1,000,000.00 in compensatory damages, and $1,500,000.00 in punitive damages, for a total amount of $2,500,000.00 and the case is closed.

Dated at New Haven, Connecticut this 20th day of September 2016.

ROBIN D. TABORA, Clerk

By /s/ Yelena Gutierrez
Deputy Clerk

EOD:  September 20, 2016